### WILKE v. NEW YORK CITY RY. CO. (two cases).

#### (Supreme Court, Appellate Term. November 29, 1907.)

APPEAL—RECORD—CORRECTION—REMITTING TO LOWER COURT.

Where, on appeal from two judgments of the Municipal Court, the minutes are transposed, so that the minutes in one case form part of the record in the other, and vice versa, the returns must be sent back to the files of the Municipal Court for correction; the Appellate Term having no power to change them.

Appeal from Municipal Court, Borough of Manhattan, Sixth District.

Two actions by William Wilke against the New York City Railway Company. From judgments for defendant in each case, plaintiff appeals. Returns sent back to the files of the Municipal Court, to await such action for their correction as counsel might decide.

Argued before GILDERSLEEVE, P. J., and LEVENTRITT and ERLANGER, JJ.

Henry F. Gannon, for appellant.
Walter L. Bunnell, for respondent.

PER CURIAM. It is conceded by counsel that the minutes in these cases have been transposed; that is, the minutes in No. 80 should form part of the record in No. 81, and vice versa. This court has no power to change the returns herein, and the cases cannot be properly decided with the returns in their present shape.

They must be returned to the files of the court, to await such action for their correction as counsel may decide.